# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE GROUP BOAT WORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>F/V ALASKA SCOUT, her engines, tackle, appurtenances, boats, etc. in rem, et al.,<br><br>Defendants. | Case No. 19cv588-MMA (JLB)<br><br>**ORDER RE: VOLUNTARY DISMISSAL**<br><br>[Doc. No. 19] |

Marine Group Boat Works, LLC ("Plaintiff") filed a request for dismissal without prejudice of all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. No. 19. Accordingly, the Court **DISMISSES** the action **without prejudice** as to all Defendants. The Court **ORDERS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

Dated: December 5, 2019

Hon. Michael M. Anello
United States District Judge

1

19cv588-MMA (JLB)